# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

KOLBY J. RODRIGUE

NO. 2021 KW 1249

**NOVEMBER 29, 2021**

---

In Re:    Kolby J. Rodrigue, applying for supervisory writs, 23rd Judicial District Court, Parish of Assumption, No. 21-60.

---

**BEFORE:    GUIDRY, HOLDRIDGE, AND CHUTZ, JJ.**

**WRIT DENIED.**

JMG
GH
WRC

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT